IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, INC. | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel hereby certifies that Round Rock Research, LLC has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Round Rock Research, LLC.

DATED: October 14, 2011

Respectfully submitted,

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiff*

Paul A. Bondor
Jonas R. McDavit
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
pbondor@desmaraisllp.com
jmcdavit@desmaraisllp.com

*Of Counsel*