# FARNAN<sub>LLP</sub>

October 18, 2011

**Via Hand Delivery**
Peter T. Dalleo
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

RE:   **Round Rock Research, LLC v., ASUSTeK Computer Inc., et al. (C.A. No. 11-978-UNA)**

Dear Dr. Dalleo:

We represent the Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, ASUSTeK Computer Inc., with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant Rule 4(h)(2).

We respectfully request that you serve ASUSTeK Computer Inc. with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt. The mailing should be addressed as follows:

> Jerry Shen, CEO and Director
> ASUSTeK Computer Inc.
> Nr. 15 Li-Te Road
> Peitou Taipei, Hsien 112
> Taiwan

Please let us know the amount of the postage and any related fees, and we will promptly pre-pay any such fees by check. We appreciate your assistance and are available at your convenience should you have any questions.

Respectfully,

*Rosemary J. Piergiovanni*
Rosemary J. Piergiovanni