IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-978-____ |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC. and | ) | |
| ASUS COMPUTER INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ROSEMARY J. PIERGIOVANNI IN SUPPORT OF REQUEST FOR CLERK TO SERVE ASUSTEK COMPUTER INC.**

Rosemary J. Piergiovanni, being duly sworn according to law, deposes and says as follows:

1. Farnan LLP and Desmarais LLP represent Plaintiff, Round Rock Research LLC, in the above case and have requested that the Clerk of Court serve Defendant, ASUSTeK Computer Inc., with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov, I have concluded that a Taiwanese entity may be served with process by mail.

3. The forgoing statements are true to the best of my knowledge, information, and belief and are made subject to the penalty of perjury.

_____
Rosemary J. Piergiovanni

County of __New Castle__ )
State of __Delaware__ )

SWORN AND SUBSCRIBED before me this __18th__ day of __October__, 2011.

_____
Notary Public

DORIENNE R. SWARTOUT
Notary Public - State of Delaware
My Comm. Expires Mar. 23, 2012