IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA: 11-978-UNA |
| | ) | |
| ASUSTEK COMPUTER INC. and | ) | |
| ASUS COMPUTER INTERNATIONAL | ) | |
| INC., | ) | |
| | ) | |
| Defendants, | ) | |

## AFFIDAVIT

I, Debra Z. Smith, Deputy Clerk, being first sworn, depose and say that

pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on October 20,

2011 by Registered Mail, U.S. Postal Service, a Summons, Complaint, and Notice/Consent of

Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above

referenced case to the following address:

1)  Jerry Shen, CEO and Director
    ASUSTeK Computer Inc.
    Nr. 15 Li-Te Road
    Peitou Taipei, Hsien 221
    Taiwan

_____
Debra Z. Smith
Deputy Clerk

Sworn to and subscribed before me
this 20th Day of October, 2011

_____
Robert Cruikshank
Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

*October 19, 2011*

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Jerry Shen
CEO and Director
ASUSTeK Computer Inc.
Nr. 15 Li-Te Road
Peitou Taipei, Hsien 112
Taiwan

RE:     *Round Rock Research, LLC v. ASUSTeK Computer Inc., et al.*
          Civil Action No. 11-978-UNA

Dear Mr. Shen:

Enclosed please find the Summons and Complaint in the above noted case.  This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

Also enclosed are Notice/Consent of Availability forms, for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

PETER T. DALLEO
Clerk

BY:  Deputy Clerk

cc:     *Rosemary J. Piergiovanni, Farnan LLP*



REGISTERED MAIL

RR 365 995 944 US

RETURN RECEIPT REQUESTED

Jerry Shen, CEO and Director
ASUSTek Computer Inc.
Nr. 15 Li-Te Road
Peitou Taipei, Hsien 112
Taiwan

CLERK
U.S. DISTRICT COURT
844 N. KING ST., UNIT 18
WILMINGTON, DE 19801-3570

Registered No. RR365995914US

| | | Date Stamp |
|---|---|---|
| Reg. Fee | $11.50 | 0501 |
| Handling Charge | $0.00 | Return Receipt $2.30 | 13 |
| Postage | $17.80 | Restricted Delivery $0.00 | 10/20/11 |
| Received by | | |
| Customer Must Declare Full Value $ | $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited (See Reverse). |

To Be Completed By Post Office

FROM  Clerk, U.S. District Court
844 N. King St, Unit 18
Wilmington, DE 19801

TO  Jerry Shen, CEO and Director
ASUSTek Computer Inc.
Nr. 15 Li-Te Road
Peitou Taipei, Hsien 112  Taiwan

PS Form 3806, Receipt for Registered Mail