IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROUND ROCK RESEARCH, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**ASUSTEK COMPUTER INC.** and<br>**ASUS COMPUTER INTERNATIONAL, INC.**<br><br>**Defendants.** | Civil Action No: <u>**1:11-cv-00978-MSG**</u><br><br>**JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John P. Schnurer to represent Defendants ASUS COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, INC.

Dated: November ___, 2011

By:  */s/ John G. Day*
　John G. Day (I.D. #2403)
ASHBY & GEDDES P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone:　302.654.1888 ext 248
Facsimile:　302.654.2067
Email: jday@ashby-geddes.com

*Attorney for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____         _____
                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 11-4-2011

John P. Schnurer
Perkins Coie LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
Tel: 858-720-5700 ext. 5705
Fax: 858-720-5799
Email: Jschnurer@perkinscoie.com