IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL, INC.,<br><br>    Defendants. | C.A. No. 11-978-RGA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Federal Rule of Civil Procedure 12(b), defendants ASUSTeK Computer Inc. and ASUS Computer International, Inc. respectfully move the Court to dismiss this action for lack of personal jurisdiction and improper venue. In the alternative, Defendants respectfully request that the Court transfer this case to the Northern District of California pursuant to 28 U.S.C. §§ 1406(a) and 1631, or § 1404(a). The grounds for this motion are set forth in the opening brief and supporting declarations that are being filed concurrently.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

{00587021;v1}

*Of Counsel:*

John P. Schnurer
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-5700
jschnurer@perkinscoie.com

Dated: December 23, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-978-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ASUSTEK COMPUTER INC. and | ) | |
| ASUS COMPUTER INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING
## MOTION TO DISMISS

WHEREAS, the Court has considered the motion to dismiss, or in the alternative transfer, filed by Defendants ASUSTek Computer Inc. and ASUS Computer International, Inc., and finds that good causes exists for the granting the motion,

IT IS HEREBY ORDERED this _____ day of _____, 2012, that the Motion is GRANTED.

_____
United States District Judge

{00587021;v1}