IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASUSTEK COMPUTER INC. and )<br>ASUS COMPUTER )<br>   INTERNATIONAL, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 11-cv-978-RGA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF ORDER VACATING STAY ISSUED BY THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Please take notice that on May 2, 2012, the United States Bankruptcy Court for the District of Delaware vacated its previous order imposing a stay on certain aspects of this action. *See* D.I. 35. A copy of the Order vacating the stay is attached hereto as Exhibit A. This action may continue in all respects.

Dated: May 9, 2012

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Rosemary J. Piergiovanni (Bar No. 3655)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

Paul A. Bondor (admitted *pro hac vice*)
Jonas R. McDavit (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
pbondor@desmaraisllp.com
jmcdavit@desmaraisllp.com

*Counsel for Plaintiff*