IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-978-RGA |
| | ) | |
| ASUSTEK COMPUTER INC. and | ) | |
| ASUS COMPUTER INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of May, 2012, **DEFENDANT ASUSTEK COMPUTER INC.'S RESPONSES TO ROUND ROCK RESEARCH'S FIRST SET OF INTERROGATORIES, REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS, AND 30(b)(6) DEPOSITION TESTIMONY** and **DEFENDANT ASUS COMPUTER INTERNATIONAL'S RESPONSES TO ROUND ROCK RESEARCH'S FIRST SET OF INTERROGATORIES, REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS, AND 30(b)(6) DEPOSITION TESTIMONY** were served upon the following counsel of record at the address and in the manner indicated:

Brian E. Farnan, Esquire                                         VIA ELECTRONIC MAIL
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801

{00633623;v1 }

2

Paul A. Bondor, Esquire  VIA ELECTRONIC MAIL
Desmarais LLP
230 Park Avenue
New York, NY  10169

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*

          _____
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          Lauren E. Maguire (I.D. #4261)
          Andrew C. Mayo (I.D. #5207)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, Delaware 19899
          302-654-1888
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com
          lmaguire@ashby-geddes.com
          amayo@ashby-geddes.com

          *Attorneys for Defendants*

*Of Counsel:*

John P. Schnurer
Michael J. Engle
PERKINS COIE LLP
11988 El Camino Real
Suite 200
San Diego, CA  92130-3579

James C. Pistorino
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212

Dated:  May 21, 2012