IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASUSTEK COMPUTER INC. and ) <br> ASUS COMPUTER INTERNATIONAL, INC., ) <br> ) <br> Defendants. ) | C.A. No. 11-978-RGA <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Round Rock Research, LLC ("Round Rock") and defendants ASUSTeK Computer Inc. and ASUS Computer International, Inc. jointly submit this report to update the court on the status of this case.

The jurisdictional discovery the Court ordered during the April 6, 2012 hearing is ongoing. On April 19, 2012, Round Rock served written discovery requests on ASUSTeK and ACI. Responses were served on May 21, 2012. ASUSTeK has completed it document production. ACI has also completed its document production, except for pre-January 2011 eStore sales which were processed using a different system. ACI is currently investigating whether those materials can be retrieved. ASUSTeK and ACI expect to offer Rule 30(b)(6) deponents to Round Rock in the next two to three weeks. Round Rock and ASUSTeK and ACI will meet and confer to schedule those depositions at mutually acceptable times.

The parties have agreed to the following schedule for supplemental briefing following the completion of jurisdictional discovery:

> Round Rock files amended opposition 14 days after completion of Rule 30(b)(6) depositions.
>
> Defendants file an amended reply 14 days after service of Round Rock's amended opposition.

    Respectfully submitted,

| FARNAN LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Brian E. Farnan* | /s/ *John G. Day* |
| Brian E. Farnan (#4089) | John G. Day (#2403) |
| 919 N. Market Street, 12th Floor | Lauren E. Maguire (#4261) |
| Wilmington, DE  19801 | Andrew C. Mayo (#5207) |
| (302) 777-0300 | 500 Delaware Avenue, 8th Floor |
| bfarnan@farnanlaw.com | P.O. Box 1150 |
|  | Wilmington, DE  19801 |
| *Attorneys for Plaintiff* | (302) 654-1888 |
|  | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
|  | amayo@ashby-geddes.com |
|  | *Attorneys for Defendants* |

Dated:  May 25, 2012