

June 13, 2012

**Via E-Filing**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 2325
Wilmington, DE 19801-3555

        Re: **Round Rock Research, LLC v. ASUSTek Computer Inc., et al.
(C.A. No. 11-cv-978-RGA)**

Dear Judge Andrews:

    ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS") filed a declaratory judgment action in the United States District Court for the Northern District of California, alleging non-infringement and invalidity of the same ten patents-in-suit at issue in Round Rock's patent infringement action in this Court. Last week, Judge Wilken granted Round Rock's motion to stay ASUS's declaratory judgment claims against Round Rock based on the first-to-file rule in light of this action.

    A copy of Judge Wilken's opinion is attached for your convenience. We are available at the Court's convenience should Your Honor have any questions.

                                      Respectfully submitted,

                                      /s/ Brian E. Farnan

                                      Brian E. Farnan (Bar No. 4089)

cc: Counsel of Record (via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM