IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 11-978-RGA |
| : | |
| ASUSTEK COMPUTER INC., et al., : | |
| : | |
| Defendants. : | |

ORDER

Whereas the Defendants filed a motion to dismiss or transfer (D.I. 17), which after briefing was argued on April 6, 2012; and

Whereas the Court permitted jurisdictional discovery and asked the parties to work out a plan; and

Whereas the parties submitted a Joint Status Report (D.I. 38) on May 25, 2012, with a plan that appeared to provide for the completion of jurisdictional discovery by conducting Rule 30(b)(6) depositions at some point before now; and

Whereas the plan provided for supplemental briefing; and

Whereas the docket does not show any Rule 30(b)(6) activity or supplemental briefing;

Now therefore IT IS HEREBY ORDERED this 6th day of August 2012, that the parties submit a proposed order no later than August 10, 2012, with specific dates, to make the motion (D.I. 17) ready for decision.

*Richard G. Andrews*
United States District Judge