IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ASUSTEK COMPUTER INC. and )<br>ASUS COMPUTER INTERNATIONAL, )<br>INC. )<br>)<br>  Defendants. )<br>) | Civil Action No. 11-978-RGA<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Plaintiff Round Rock Research, LLC ("Round Rock") and Defendants ASUSTeK Computer Inc. ("ASUSTeK") and ASUS Computer International, Inc. ("ACI") jointly submit this report to update the court on the status of the jurisdictional discovery in this case.

### Round Rock's Statement:

On December 23, 2011, Defendants moved to dismiss for lack of personal jurisdiction or, in the alternative to transfer. (D.I. 17.) Round Rock opposed Defendants' motion to dismiss on January 17, 2012. (D.I. 22.) Defendants filed their reply brief on February 2, 2012. (D.I. 28.) The parties argued the motion in a hearing on April 6, 2012, during which the Court ordered jurisdictional discovery.

The parties have engaged in jurisdictional discovery pursuant to the Court's April 6, 2012 hearing. On April 19, 2012, Round Rock served its First Set of Interrogatories, Requests for Production of Documents and Things, and 30(b)(6) Deposition Testimony. (*See* D.I. 34.) On May 21, 2012, Defendants served their Objections and Responses. ACI and ASUSTeK produced some documents on May 24, 2012. The parties submitted a Joint Status Report on May 25, 2012. (D.I. 38.) On June 6, 2012, ASUSTeK offered a 30(b)(6) witness on all topics on June 12 and June 14, 2012 in Taipei, Taiwan. Unable to accept those dates because of scheduling conflicts, Round Rock accepted the witness's next available dates: July 24-26, 2012

in Taipei, Taiwan. On July 9, 2012, ACI offered a 30(b)(6) witness on all topics on July 17, 2012. Round Rock accepted this proposed date.

The document production and 30(b)(6) testimony to date has revealed that, despite Round Rock's requests, additional jurisdiction-related information has not yet produced by ASUSTeK and ACI. Based on that discovery, Round Rock identified outstanding jurisdictional discovery issues to ASUS, memorialized in a letter sent to Defendants' counsel on August 2, 2012. The parties met and conferred in an attempt to resolve amicably their disputes; however, the parties have reached an impasse. Accordingly, Round Rock respectfully requests that the Court schedule a telephonic conference to resolve all outstanding discovery issues.

Round Rock's proposed schedule for resolution of the motion is attached as Exhibit A.

### ASUSTeK and ACI's Statement:

On December 23, 2011, Defendants moved to dismiss for lack of personal jurisdiction or to transfer this matter to the Northern District of California. Round Rock both resisted Defendants' motion and asked the Court to defer decision on the motion until after jurisdictional discovery. On April 6, 2012, the Court allowed jurisdictional discovery and deferred ruling on Defendants' motion.

On April 19, Round Rock served written discovery and sought 30(b)(6) witnesses. On May 21, Defendants served objections and responses. On May 25, the parties submitted a Status Report indicating that ASUSTeK's document production was complete and that ACI's document production was complete except for records of pre-January 2011 eStore sales. ACI subsequently produced these materials. ASUSTeK offered a corporate witness for deposition on June 12 but Round Rock declined to take the witness at that time. Instead, Round Rock elected to take the witness on his next available date in late July. Round Rock deposed ACI's corporate witness on July 17, 2012. Round Rock deposed ASUSTeK's corporate witness on July 25 and 26, 2012. On August 2, 2012, Round Rock sent a letter including new demands for documents, additional 30(b)(6) testimony, and additional delays in briefing. Defendants met and conferred with Round

Rock on August 10, 2012 in an effort to resolve Round Rock's requests and the parties were unable to come to an agreement.

Defendants' proposed schedule for resolution of the motion is attached as Exhibit B.

Each party reserves its objections to the discovery produced and taken to date.

Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | ASHBY & GEDDES |
| /s/ *Brian E. Farnan* | /s/ *John G. Day* |
| Brian E. Farnan (#4089) | John G. Day (#2403) |
| 919 N. Market Street | Lauren E. Maguire (#4261) |
| 12th Floor | Andrew C. Mayo (#5207) |
| Wilmington, DE 19801 | 500 Delaware Avenue, 8th Fl |
| (302) 777-0300 | P.O. Box 1150 |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 654-1888 |
| | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | *Attorneys for Defendants* |

Dated: August 10, 2012