# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASUSTEK COMPUTER INC. and )<br>ASUS COMPUTER INTERNATIONAL, )<br>INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 11-978-RGA<br><br>JURY TRIAL DEMANDED |

### [ASUSTEK AND ACI'S PROPOSED] SCHEDULING ORDER TO COMPLETE JURISDICTIONAL DISCOVERY

Supplemental briefing by Round Rock was due on Thursday, August 9, 2012 (which was two weeks after the completion of the Rule 30(b)(6) depositions).

The Court will rule on the papers already filed.

[The Court will conduct a status conference on _____.]

DATED: August ___, 2012

_____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE