IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-978-RGA |
| ) | |
| ASUSTEK COMPUTER INC. and ) | JURY TRIAL DEMANDED |
| ASUS COMPUTER INTERNATIONAL, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [ROUND ROCK'S PROPOSED] SCHEDULING ORDER TO COMPLETE JURISDICTIONAL DISCOVERY

This Court hereby Orders the following schedule for supplemental briefing to make the Defendants' motion (D.I. 17) ready for decision:

1. On **August 17**, 2012 at **9:00 a.m.**, the Court shall hold an in-person conference to resolve the outstanding discovery disputes between the parties;[1]

2. On or before **August 24, 2012**, all supplemental discovery shall be completed;

3. On or before **August 31**, 2012, Plaintiff shall file its supplemental opposition to Defendant's motion to dismiss or transfer (D.I. 17);

4. On or before **September 7**, 2012, Defendants shall file a supplemental reply to Plaintiff's amended opposition.

DATED: August 13, 2012

_____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE

1) The parties shall each submit a letter of no more than three pages, with no attachments, by the COB August 15, 2012, identifying the outstanding discovery disputes and the bases for their positions.