IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) **REDACTED** |
| | ) **PUBLIC VERSION** |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-978-RGA |
| | ) |
| ASUSTEK COMPUTER INC. and | ) |
| ASUS COMPUTER INTERNATIONAL, INC. | ) |
| | ) |
| Defendants. | ) |

DECLARATION OF JAMES C. PISTORINO IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO TRANSFER

*Of Counsel:*

John P. Schnurer
Michael J. Engle
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-5700
jschnurer@perkinscoie.com
mengle@perkinscoie.com

Dated: September 14, 2012

ASHBY & GEDDES
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

{00670364;v1 }

I, James C. Pistorino, hereby declare that the following is true and correct:

1. I am currently a partner at the law firm of Perkins Coie LLP ("Perkins Coie").

2. Attached as Exhibit 1 is a true and correct printout of a Los Angeles Times article titled *Google announces Nexus 7 tablet at Google I/O; ships in July* and available at http:// http://articles.latimes.com/2012/jun/27/business/la-fi-tn-google-io-nexus-7-20120627.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of Godwin Yan held as a Fed.R.Civ.P. 30(b)(6) witness for ASUS Computer International, Inc. on July 17, 2012.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of William Huang as a Fed.R.Civ.P. 30(b)(6) witness for ASUSTeK Computer Inc. on July 25, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2012, in Palo Alto, California.

/s/ *James C. Pistorino*
_____
James C. Pistorino

# EXHIBIT 1

Membership Services | Jobs | Cars | Real Estate | Subscribe | Rentals | Classifieds | Custom Publishing | Place Ad

# Los Angeles Times

LOCAL | U.S. | WORLD | **BUSINESS** | SPORTS | ENTERTAINMENT | HEALTH | LIVING | TRAVEL | OPINION | DEALS

MONEY & CO. | TECHNOLOGY | PERSONAL FINANCE | SMALL BUSINESS | COMPANY TOWN | JOBS | REAL ESTATE | CARS

Search

YOU ARE HERE:  LAT Home → Collections → **Tablet**

**FROM THE ARCHIVES**

Samsung said to develop Windows tablet, loses Galaxy 10.1...
*July 7, 2012*

GameStop pre-selling Nexus 7, offers discounts with...
*June 29, 2012*

Google shifting its Android strategy, seeks to fix...
*May 16, 2012*

Google gets into the retail phone business
*April 24, 2012*

Google releases Chrome app for Android Ice Cream Sandwich
*February 7, 2012*

**MORE STORIES ABOUT**

Tablet
Google Maps
Google Chrome

## Google announces Nexus 7 tablet at Google I/O; ships in July

**June 27, 2012** | By Salvador Rodriguez

   6   0   Recommend 0

As expected, Google on Wednesday revealed the Nexus 7, an in-house-developed Android tablet that is now available for purchase.

The 7-inch-screen tablet will run Google's latest Android OS, Jelly Bean, and will feature a 1,280-by-800 pixel high-definition screen. Google said the Nexus 7's video "looks stunning."



The Nexus 7 runs a Tegra 3 quad-core processer and a 12-core GPU. Google called the device, which is built by Asus, "super thin" and said it weighs only 340 grams. Google's Hugo Barra said the device fits in one hand.

The device is available for purchase online from Google Play and comes with 8 GB of storage for $199 or 16 GB for $249.

The purchase also gives you $25 in credit for the Google Play store, a copy of the movie "Transformers: Dark of the Moon," the eBook "Bourne Dominion," and subscriptions to various magazines, including Popular Science.

It ships in mid-July and is available to customers in the U.S., U.K., Canada and Australia.

The Nexus 7 has a battery life of nine hours of video playback, but it can last 300 hours on standby.

It will also feature a front-facing camera, and comes with Wi-Fi connectivity, Bluetooth and NFC.

The Nexus 7 will also be the first Android device to come with Google Chrome as its default Internet browser, a change users have been calling for.

Google made it clear it is going after hard-core video gamers with the Nexus 7, saying tablets aren't just for casual gamers. The company's demonstrators showed off the game "Horn" to demonstrate the Nexus 7's capabilities as a "serious gaming device."

However, other content from Google Play will be showcased in the Nexus 7. Barra said the Nexus 7 will feature your content "front and center" when you use it.

And Google also updated its Maps service for the tablet. The Nexus 7 will be able to access Google Maps offline and will also run a feature called "Compass Mode," so you can see inside places and look around.



**RELATED:**

Google goes after YouTube-ripping website

Google's Larry Page says: 'Nothing seriously wrong with me'

Google reportedly to announce Nexus tablet at I/O conference

Follow Salvador Rodriguez on Facebook, Twitter or Google+

Email  Share  +1  6      Tweet  0      Recommend  0

**FEATURED**



Are raspberry ketones a 'miracle' fat burner? Dr. Oz weighs in.

Green coffee beans show potential for losing weight

Red meat: What makes it unhealthy?

**MORE:**

The FDA warns against using quinine for leg cramps

New Mars theory casts doubt on planet's habitability

Copyright 2012 Los Angeles Times        Index by Keyword | Index by Date | Privacy Policy | Terms of Service

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

**REDACTED**